## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN VEYSEY,

        Petitioner,

v.

LOUIS WILLIAMS, II, Warden,
Federal Correctional Institution – Oxford,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No. 16-cv-299-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner John Veysey's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case with prejudice.

| /s/ | 10/30/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |