IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN VEYSEY,
    Petitioner,

                                                            Case No.: 16-cv-299-wmc

v.

LOUIS WILLIAMS, II, Warden,
Federal Correctional Institution-Oxford,
    Respondent.

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the above petitioner appeals to the United States Court of Appeals for the Seventh Circuit from the order entered October/30/2018 (received 11/08/2018), denying petitioner's petition for writ of habeas corpus brought pursuant under 28 U.S.C. §2241.

Date: November 19, 2018

                                                    John Veysey
                                                  Pro Se
                                                  Reg. No.: 10507-424
                                                  Oxford FCI
                                                  P. O. Box 1000
                                                  Oxford, WI 53952